**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

No. 1 WAP 2013.

Supreme Court of Pennsylvania.

Sept. 23, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of September, 2013, the above captioned appeal is quashed for failure to file a brief.

Johnna SEETON, Petitioner

v.

**John T. ADAMS, District Attorney of Berks County, (in his Official Capacity only), Respondent.**

Supreme Court of Pennsylvania.

Sept. 24, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2013, the Petition for Allowance of Appeal is **DENIED.** The Petition for Leave to File a Supplemental Memorandum is dismissed as moot.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eddie EVANS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 25, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of September, 2013, the Petition for Allowance of Appeal is **DENIED.** The Motion to Withdraw as Counsel is Dismissed as Moot.